[No. 21475–6–I.   Division One.   April 10, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. GARRETT WADE LINDERMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–03543–0, Carmen Otero, J., entered November 18, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster and Forrest, JJ. Now published at 54 Wn. App. 137.

[No. 20888–8–I.   Division One.   April 10, 1989.]

*In the Matter of the Marriage of* DARLENE M. STIVERS, *Appellant, and* STEPHEN F. STIVERS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85–3–05368–4, Frank L. Sullivan, J., entered July 16, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster, J., and Patrick, J. Pro Tem.

[No. 9450–2–III.   Division Three.   April 11, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN ALAN BOSSE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87–1–00902–6, John J. Ripple, J., entered July 18, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J.